UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

CIVIL MINUTES -- GENERAL

Case No.   **CV 03-7867-JFW (JTLx)**                    Date: **January 22, 2004**

Title:     DAVID HIRSCH, etc. -v- A. H. AND S. CONSTRUCTION CORPORATION, et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**K. Leigh Ray**                              **None Present**
**Courtroom Deputy**          °              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                          None

**PROCEEDINGS:**   **Order to Show Cause Re Dismissal for Lack of Prosecution**

Plaintiff(s) is ordered to show cause in writing no later than **January 30, 2004**, why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.



