**DENIED**
BY ORDER OF
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE
ON

FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HIRSCH, Trustee of OII Eighth Partial Consent Decree Work Escrow Account Trust,<br><br>Plaintiff,<br><br>vs.<br><br>AARON AUTO PARTS; et al.,<br><br>Defendants. | Case No. LACV03-7867 JFW (JTLx)<br><br>**[PROPOSED] ORDER REINSTATING ACTION AND RESETTING DATES** |

*Denied w/o prej. to filing a Noticed Motion*

**TO ALL PARTIES HEREIN:**

The Court has received and considered Plaintiff's Application For Reinstatement Of Action Or, In The Alternative, For Reconsideration Of Order Dismissing Action Without Prejudice. The Court finds that plaintiff has shown good cause for the failure to comply with the Court's Order of April 12, 2004.

**IT IS THEREFORE ORDERED** that the Court's Order of May 13, 2004 dismissing the action without prejudice is set aside. The Court sets the following dates:

1. Scheduling Conference : _____, 2004 at _____.
2. Hearing on Motion to Dismiss by defendant California Dairies, Inc.: _____, 2004 at _____.

DATED:_____

DOCKETED ON CM
MAY 19 2004
BY ___ 002

Hon. John F. Walter
United States District Judge

206

**PROPOSED ORDER REINSTATING ACTION AND RESETTING DATES**